1 Lawrence D. Rohlfing
Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Brian H. Lewis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN H. LEWIS, | ) Case No.: CV 12-2718 OP |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| MICHAEL J. ASTRUE, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 |
| | ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 11/28/12

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Lawrence D. Rohlfing*
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Brian H. Lewis

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26